**DISMISS and Opinion Filed September 16, 2024.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00494-CV

## THE EMPLOYEES' RETIREMENT FUND OF THE CITY OF DALLAS, Appellant
## V.
## THE CITY OF DALLAS, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14682**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy[1]
Opinion by Justice Kennedy

On July 15, 2024, at the request of the parties, this Court abated this appeal to allow the parties to finalize a settlement agreement. On September 12, 2024, the parties' filed their joint motion to dismiss the appeal because they have settled their differences.

---

[1] Justice Nancy Kennedy succeeded Justice David Schenck, author of the original memorandum opinion.

Accordingly, we **REINSTATE** this appeal and **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

200494F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE EMPLOYEES' RETIREMENT
FUND OF THE CITY OF DALLAS,
Appellant

No. 05-20-00494-CV     V.

THE CITY OF DALLAS, Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-14682.
Opinion delivered by Justice
Kennedy. Justices Pedersen, III and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 16th day of September 2024.